# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PHILLIP BUNDRICK and JUDY BUNDRICK,** | |
| Plaintiffs, | Civil Action 7:12-CV-46 (HL) |
| v. | |
| **OLIVER RACKARD, RAVET TAYLOR, and JUDITH CHLEBANA,** | |
| Defendants. | |

## ORDER

This case is before the Court on Plaintiffs=Motion for Order Perfecting Service, or in the alternative, for Order Directing Constructive Service as to Defendant Taylor (Doc. 23). Upon good cause shown, Plaintiffs' motion is granted. The Clerk of Court is directed to effect service of publication in accordance with O.C.G.A. § 9-11-4(f)(1)(C) of the Georgia Civil Practice Act.

**SO ORDERED**, this the 26th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh