IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHILLIP BUNDRICK and JUDY BUNDRICK, <br><br> Plaintiffs, <br><br> vs. <br><br> OLIVER RACKARD, RAVET TAYLOR, and JUDITH CHLEBANA <br><br> Defendants. | § <br> § <br> § <br> § CIVIL ACTION <br> § <br> § FILE NUMBER: 7:12-CV-46(HL) <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER

WHEREAS Defendant Ravet Taylor has been served by publication of the Complaint and Summons as required by law;

IT IS HEREBY ORDERED that service has been perfected and that this Order shall be entered upon the record in the above-styled case.

SO ORDERED, this the 14th day of January, 2013.

s/ Hugh Lawson
Judge Hugh Lawson
United States District Court
Middle District of Georgia

Order Prepared By:
John Gee Edwards
Attorney for Plaintiffs
108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: johngeeedwards@gmail.com